[No. 4057–II. Division Two. August 8, 1980.]

THE TACOMA CLUB, *Respondent,* v. WASHINGTON
BUILDING COMPANY, *Appellant.*

Appeal from a judgment of the Superior Court for Pierce
County, No. 273392, Terence Hanley, J., entered May 4,
1979. *Affirmed* by unpublished opinion per Pearson, A.C.J.,
concurred in by Petrie and Petrich, JJ.

[No. 3849–II. Division Two. August 8, 1980.]

JOSEPH J. BATH, ET AL, *Appellants,* v. NEIL J. HOFF,
ET AL, *Respondents.*

Appeal from a judgment of the Superior Court for Pierce
County, No. 263495, Donald H. Thompson, J., entered
December 1, 1978. *Affirmed* by unpublished opinion per
Johnson, J. Pro Tem., concurred in by Petrie and Petrich,
JJ.

[No. 3327–9–III. Division Three. August 14, 1980.]

THE STATE OF WASHINGTON, *Respondent,* v. MICHAEL
LAVANDA OWENS, *Appellant.*

Appeal from a judgment of the Superior Court for
Spokane County, No. 26793, Richard J. Ennis, J. Pro Tem.,
entered February 27, 1979. *Affirmed* by unpublished opin-
ion per Roe, J., concurred in by Green, C.J., and McInturff,
J.